**No. 45035.**—Protests 544110–G, etc., of A. DeLuca & Co. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45036.**—Protests 537687–G, etc., of P. Alonge & Bro. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45037.**—Protests 449–K, etc., of D. & A. Sclafani, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45038.**—Petition 6059–R of Taylor Milling Corp. (Los Angeles).

Opinion by EVANS, J. It appeared that there was an error in making the entry and that there was no intention to defraud. The petition was therefore granted.

DECEMBER 18, 1940

**No. 45039.**—————————Protest 916879–G of Henry Pollak, Inc. Abstract 44737. Application by plaintiff for rehearing granted.

DECEMBER 20, 1940

**No. 45040.**—————————Protest 727719–G of W. R. Grace & Co. Abstract 44772. Application by plaintiffs for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 23, 1940

**No. 45041.**—Protests 611899–G. etc., of Gross & Gross, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 45042.**—Protest 489714–G of National City Bank (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.